UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Teremus Devon Pigford**　　　　　　　　　　　　　　　**Docket No. 5:10-CR-283-1BO**

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Teremus Devon Pigford , who, upon an earlier plea of guilty to Conspire to Distribute and Possess With Intent to Distribute More Than 5 Kilograms of Cocaine, a Quantity of 3,4-Methylenedioxymethamphetamine (MDMA or ecstasy), and a Quantity of N-Benzylolperazine (BZP), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on March 30, 2011, to the custody of the Bureau of Prisons for a term of 96 months. On March 5, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the sentence was reduced to 77 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

　　Teremus Devon Pigford was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At the initial office visit, Pigford reported experiencing significant anxiety and symptoms of depression related to his release. He sought medical attention from the emergency room his first weekend home. Based on this information, the probation office believes that a mental health evaluation is appropriate. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/ Julie Wise Rosa<br>Julie Wise Rosa<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8675<br>Executed On: November 2, 2015 |

Teremus Devon Pigford
Docket No. 5:10-CR-283-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___2___ day of __November__, 2015 and ordered filed and made a part of the records in the above case.

___/s/ Terrence Boyle___
Terrence W. Boyle
U.S. District Judge